FILED
MAR 0 6 2008


UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

|  |  |  |
|---|---|---|
| CAMEO BAPTISTE, | \* | CIV. 07-4083 |
| Plaintiff, | \* | |
| -vs- | \* | JUDGMENT OF DISMISSAL |
| TWIN CITY FAN COMPANIES, LTD., | \* | |
| Defendant. | \* | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Based on the Stipulation for Dismissal of the parties (Doc. 16), it is hereby

ORDERED that this action is hereby dismissed on the merits and with prejudice, with no costs or attorney's fees being awarded to either party.

Dated this 6th day of March, 2008.

BY THE COURT:

John E. Simko
United States Magistrate Judge

ATTEST:
JOSEPH HAAS, Clerk

By _____, Deputy